IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO.  94-30039 |
| DAVID J. SHULTZ, | ) |
| Defendant. | ) |

**PAYMENT AGREEMENT**

**I, DAVID J. SHULTZ, agree to pay $600.00** a month until the judgment in this case has been paid which judgment has a present balance of $29,630.13.  If I am (15) days late, the United States will commence garnishment proceedings.  A financial review will be conducted in May 2006 for the purpose of increasing payments so the restitution will be paid in full in 2007.  If I complete this agreement, the United States will give me a Satisfaction of Judgment.    I also agree to provide financial information when requested and inform the Financial Litigation Unit at 217-492-4450 of any increase in income as a result of, but not limited to, gifts, inheritance, lottery, employment, or substantial bonus.  I understand that the United States will modify this payment schedule to increase payments if financial circumstances change.

**Payments are to begin July 1, 2005, and continue on 1st** day of each month thereafter until paid in full or this agreement is modified. Payment should be made payable to the **U.S. District Court** mailed to the address shown on the automated statement, along with the payment coupon,  which will be provided by the U.S. Department of Justice.

I will inform the U.S. Attorneys Office in writing within seven days of any change of address or employment. I understand that default of the terms and conditions of this payment agreement will entitle the United States to execute on the judgment without further notice to me.

This Agreement does not waive the right of the United States to offset payments owed to the defendant including Treasury Tax Offsets.

DATE: 5-27-05                                                                s/ David J. Shultz
                                                                              DAVID J. SHULTZ, Defendant

DATE: 6/6/2005                                                               s/ Elizabeth L. Collins
                                                                              Elizabeth L. Collins, Bar # 487864
                                                                              Attorney for Plaintiff
                                                                              United States Attorney's Office
                                                                              318 S. 6th Street
                                                                              Springfield, Illinois 62701
                                                                              Tel: 217-492-4450
                                                                              Fax: 217-492-4888
                                                                              E-mail: Beth.Collins@usdoj.gov

**THIS DOCUMENT WAS PREPARED BY THE UNITED STATES ATTORNEY'S OFFICE,
ON BEHALF OF THE UNITED STATES OF AMERICA.**

# CERTIFICATE OF SERVICE

    It is hereby certified that service of the foregoing **Payment Agreement** , has been made by placing in the United States mail, postage prepaid, addressed to:

> David J. Shultz
> 2801 Kipling Drive
> Springfield, IL 62711

DATE: June 6, 2005

>  s/ Elizabeth L. Collins
> ELIZABETH L. COLLINS, Bar #487864
> Attorney for the Plaintiff
> United States Attorney's Office
> 318 South Sixth Street
> Springfield, IL 62701
> Phone: 217/492-4450
> Fax: 217/492-4888
> Email: beth.collins@usdoj.gov